**EXHIBIT E**

**Webpage: Services Offered**

10/15/21, 1:29 PM                                                Services

By using this site, you agree with our use of cookies.         OK         Manage My Settings     Read our Cookie Policy (https://www.calix.com/pages/privacy-policy.html)

 (/)

Search here

SOLUTIONS   PRODUCTS AND SERVICES   EVENTS   RESOURCES (HTTPS://CALIXMYCALIX.FORCE.COM/MYCALIX/NTWE10SP70000000001I)   |   REGISTER (/USER-REGISTRATION.HTML)



# Calix Services

## Accelerate your transformation leveraging expertise developed from thousands of service provider engagements

Calix Services span your entire network and service delivery lifecycle. We can help you:

- Design, implement and integrate your network strategy
- Manage your network with insights you never thought possible
- Obtain the outcomes you need with our Marketing Cloud, Support Cloud, and Remote Monitoring Service Customer Success Managers
- Upskill and train your team

Our experts are ready to work with Communications Service Providers (CSPs) of every size and type to future-ready your networks and get the most out of your strategic investments.


(/services/professional-services.html)
**Professional Services**
Accelerate your time to market.


(/services/managed-services.html)
**Managed Services**
Accelerate your insight.


(/services/support-services.html)
**Support Services**

Accelerate your time to resolution.



(/services/customer-success-services.html)     (/services/education-services.html)

**Customer Success Services**              **Education Services**

Accelerate your time to value.              Accelerate your expertise.

# Revenue EDGE Customer Success Services, enhanced Remote Monitoring Service analytics, and new certification opportunities

  

Calix Customer Success | Remote Monitoring Service | EDGE Enablement Workshop

**Realize faster time to market and improved subscriber adoption of Revenue EDGE**

Revenue EDGE Customer Success Services will help you better address competition, generate revenue, and increase subscriber lifetime value as you launch and grow EDGE Suites, Systems and Services.

READ PRESS RELEASE (/PRESS-RELEASE/2020/08--AUGUST-/NEW-CALIX-CUSTOMER-SUCCESS-SERVICES-DESIGNED-TO-HELP-CUSTOMERS-L.HTML)
LEARN MORE (/SERVICES/CUSTOMER-SUCCESS-SERVICES.HTML#REVEDGE)

**Enhanced features improve triage time and analysis workflows**

New game changing features have been added to the Remote Monitoring Service that include additional subscriber-related contextual information in both the intelligent notifications and Analytics and Reporting Portal. Also, new Health Check categories provide insights into issues impacting subscribers due to ONT issues, fiber problems, and power outages.

LEARN MORE (/SERVICES/MANAGED-SERVICES.HTML#RMSPROMO)

**EDGE Enablement Workshop includes Wi-Fi Specialist testing and certification**

Our workshop now includes—at no additional charge—an exam and certification badge for Wi-Fi Specialist for up to ten team members. To find out more and see how your Customer Support and Field Installations can benefit, follow the links below.

VIEW WI-FI SPECIALIST CERTIFICATION (/NODE---CALIX-ACADEMY/CERTIFICATION-EXAM/WIFI-TECHNICIAN.HTML)
LEARN MORE (/SERVICES/PROFESSIONAL-SERVICES.HTML#ENABLEMENT)

# We have your back

Calix Services can help you address the challenges and the concerns that you're encountering during this current crisis.




Network Capacity Assessment Service

## Are network capacity concerns keeping you awake at night?

The Network Capacity Assessment service provides you with bandwidth utilization reports on your PONs and uplinks combined with expert consulting and guidance to identify and address capacity bottleneck issues.

LEARN MORE (/SERVICES/PROFESSIONAL-SERVICES.HTML#NETWORKCAP)

Remote Monitoring Service and Network Capacity Assessment Bundle

## Alarm analytics, faster mean-time-to-repair, and capacity utilization insight are what your network needs

We've bundled the Remote Monitoring Service with the Network Capacity Assessment Service to help you address operational and network performance challenges remotely, efficiently, proactively and safely.

LEARN MORE (/SERVICES/MANAGED-SERVICES.HTML#RMSPROMO)

# Our customers rave about the Calix Services team

Calix Services is all about helping you accelerate your business. Whether it is accelerating your time-to-market, lowering risk during network transformation projects, or accelerating problem resolution time, operational efficiency and network visibility, Calix Services has the expertise, processes and tools to make it a reality.





With constant demand to provide a superior broadband experience, Ciello turns to Calix Network Consulting Services to augment its technical team and provide guidance on an array of topics to help grow the business and improve network reliability, availability, and security.

DOWNLOAD CASE STUDY (/CONTENT/DAM/CALIX/MARKETING-DOCUMENTS/PUBLIC/SERVICES_CS/CS_CIELLO.PDF)

With over 4,500 fiber route miles across its extensive service area, windshield time is high and truck rolls are costly. As a result, Dobson is always looking for ways to not only reduce truck rolls, but to improve operational efficiency across the board, which will contribute to streamlined workflows, cost reductions, and a superior experience for subscribers.

DOWNLOAD CASE STUDY (/CONTENT/DAM/CALIX/MARKETING-DOCUMENTS/PUBLIC/SERVICES_CS/CS_DOBSON_FIBER.PDF)

Always striving to increase efficiency, quality of experience and subscriber satisfaction, AcenTek partners with Calix Support Services: Premier Support and the Service Delivery Manager to level up its operations and improve its ability to identify and resolve customer-affecting issues faster.

DOWNLOAD CASE STUDY (/CONTENT/DAM/CALIX/MARKETING-DOCUMENTS/PUBLIC/SERVICES_CS/CS_ACEN

VIEW MORE CUSTOMER CASE STUDIES

## Managed Services

# Increase your agility and resolve network problems faster




### Enhanced reporting and analytics portal for the Calix Remote Monitoring Service

Powerful visualization enables operations teams to quickly identify, analyze and address problems that impact the subscriber experience.

Actionable insights empower operations teams to proactively manage network health and reduce incident resolution times by up to 50 percent.

LEARN MORE ABOUT REMOTE MONITORING SERVICE (HTTPS://WWW.CALIX.COM/SERVICES/MANAGED-SERVICES.HTML#REMOTEMONITORING)

### Cumberland Connect unlocks the power of alarm analytics to identify and isolate fiber cuts faster

Cumberland Connect accelerated their triage time on fiber cuts with the Remote Monitoring Service intelligent notifications. The alarm analytics and rich set of correlated contextual subscriber, equipment and location information helped them identify fiber cuts faster and with unmatched accuracy helping to speed up resolution time.

## Professional Services

# We've equipped thousands of customers to plan, deploy, and optimize the networks and services they deliver

### Are you wondering how to meet your transformation objectives?

**Plan**



Planning your network's next big thing requires an experienced team. Calix helps you reach your business, technical and operational objectives because we partner with your team to help you start or grow your network into a service delivery powerhouse.

**Deploy**



Do you want to deploy your network fast, using the latest industry and Calix best practices? Calix Services take the guesswork out of engineering, designing, building, and configuring your new network or network expansion. We can help you reduce risk,

**Optimize**



Your services change, your subscribers' needs change, and your network needs to keep up with the ever-changing demands you put on it. Calix Services can help you optimize network performance through insights, analysis and expert guidance.

lower operational costs, and
accelerate project completion.

LEARN MORE ABOUT PROFESSIONAL SERVICES (/SERVICES/PROFESSIONAL-SERVICES.HTML)

   

**ETEX unleashes full power of the Experience Innovation Platform with enhanced Premier Support**

ETEX selected Premier Support because of the faster response, access to Calix Support Engineering Specialists, and the new software update management for its Experience Innovation Platform.

READ PRESS RELEASE (/PRESS-RELEASE/2021/02--FEBRUARY-/CALIX-ENSURES-SERVICE-PROVIDERS-REMAIN-ON-THE-CUTTING-EDGE-OF-SU.HTML)

**TransWorld selects full span of Calix Platforms and Services to build the ultimate rural broadband business**

Serving multiple regions, TransWorld Network, Corp. selects the Calix Intelligent Access EDGE, Revenue EDGE, and Calix Services to rapidly and cost-effectively grow a business that excites subscribers.

READ PRESS RELEASE (/PRESS-RELEASE/2021/01--JANUARY-/TRANSWORLD-SELECTS-FULL-SPAN-OF-CALIX-PLATFORMS-AND-SERVICES-TO-.HTML)

**Calix Network Consulting Services puts world-class expertise in reach for rural service providers**

Working with Calix Network Consulting Services has enabled HTC to move forward with a robust plan for network growth, confident that it is making the right decisions to meet evolving subscriber demands cost-effectively over the long term.

READ PRESS RELEASE (/PRESS-RELEASE/2020/02--FEBRUARY-/NEW-CALIX-NETWORK-CONSULTING-SERVICES-PUTS-WORLD-CLASS-EXPERTISE.HTML)

**Steelville accelerates network transformation and subscriber turn up times by 75 percent**

Regional service provider Steelville Telephone Exchange (STE) has partnered with the Calix Professional Services team to accelerate an extensive upgrade to a GPON and Active Ethernet-ready network built on AXOS®.

READ PRESS RELEASE (/PRESS-RELEASE/2020/02--FEBRUARY-/STEELVILLE-ACCELERATES-NETWORK-TRANSFORMATION-AND-SUBSCRIBER-TUR.HTML)

Support Services

# Engage the expertise and technology that you need to succeed



Calix Support levels are designed to provide business and operational flexibility in keeping your network at peak performance. We want you to get the most out of your investment with a Calix Support level that's right for you.

All Support levels include:

- 24x7 voice mail and web case submission
- Calix Service Station support portal
- Hardware, software and Cloud support for your AXOS, EXA, traditional, Calix Cloud, and EXOS platforms
- TAC TV access
- Free technical eLearning courses

- Calix Community and on-line resources
- Circles of Success Tech Talks
- Technical webinar on-demand recordings

## Which Calix Support tier is right for you?

"User experience is important to us, so we want to make sure we have expert assistance when we need it"

"We want a support partner who will help us respond more quickly to issues impacting our subscribers and services."





**Essential**

Calix Essential tier is for service providers who want to upgrade their subscribers' experience and improve network uptime.

**Premier**

For service providers who value faster, live access to top level Support Engineering Specialists with an objective to help you improve mean-time-to-repair and improve subscriber satisfaction.

LEARN MORE ABOUT SUPPORT SERVICES (/SERVICES/SUPPORT-SERVICES.HTML)

Education Services

## Accelerate your expertise to support new and innovative services



### Calix helps you build the skills required to take your network and your business to the next level of performance

Arm your team with the essential knowledge and expertise they need to successfully execute projects, and deploy and run your advanced, next generation networks.

Our learning paths are designed to develop your teams with focused training on technology and Calix platforms, tailored for specific job roles.

LEARN MORE ABOUT EDUCATION SERVICES
(/SERVICES/EDUCATION-SERVICES.HTML)
PLAN AND PURCHASE YOUR COURSES
(/SERVICES/EDUCATION_SERVICES_COURSES.HTML)

Customer Success Services

## You define success. We get you there.

