# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CALIX, INC.,<br><br>       Defendant. | NO. 1:21-cv-01629-VAC-MPT |

## JOINT MOTION TO EXTEND STAY

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") and Defendant CALIX, INC. (hereinafter, "Defendant") move to extend the stay entered by this Court (D.I. 20). An agreement has been reached that resolves this matter in its entirety, and the parties are requesting this stay in order to give the parties additional time to submit dismissal papers with this Court. The parties therefore move to stay this case for 10 days, up to and including June 10, 2022, to allow the Parties the time to effectuate the agreement and file the appropriate dismissal papers.

Dated: May 31, 2022                    Respectfully submitted,

                                        **STAMOULIS & WEINBLATT, LLC**

                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis (#4606)
                                        Richard C. Weinblatt (#5080)
                                        800 N. West Street Third Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 999-1540
                                        Email: stamoulis@swdelaw.com
                                        Email: weinblatt@swdelaw.com

                                        **ROZIER HARDT MCDONOUGH PLLC**

                                        James F. McDonough, III (Bar #117088, GA)*
                                        Jonathan R. Miller (Bar #507179, GA)*
                                        Travis E. Lynch (Bar #162373, GA)*
                                        3621 Vinings Slope, SE, Suite 4300
                                        Atlanta, Georgia 30339
                                        Telephone: (470) 480-9505; -9517; -9514
                                        Email: jim@rhmtrial.com
                                        Email: miller@rhmtrial.com
                                        Email: lynch@rhmtrial.com

*Attorneys for Plaintiff DATACLOUD TECHNOLOGIES, LLC*

\* admitted *pro hac vice*

                                        **MORRIS JAMES LLP**

                                        */s/ Courtland S. Hitch*
                                        Kenneth L. Dorsney (#3726)
                                        Cortland S. Hitch (#6720)
                                        500 Delaware Ave., Ste. 1500
                                        Wilmington, Delaware 19801-1494
                                        Telephone: (302) 888-6800
                                        Email:kdorsney@morrisjames.com
                                        Email:chitch@morrisjames.com

                                  **Attorneys for Defendant CALIX, INC.**

      **SO ORDERED**

Date:_____        _____
                                                          United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: May 31, 2022                             */s/ Stamatios Stamoulis*
                                                                Stamatios Stamoulis #4606