# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1629-VAC-MPT |
| CALIX, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff DataCloud Technologies, LLC and Defendant Calix, Inc. ("Calix"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Calix's time to answer, move or otherwise plead in response to Plaintiff's Complaint (D.I. 1) shall be extended to June 15, 2022.

Dated: June 2, 2022

  /s/ Stamatios Stamoulis  
Stamatios Stamoulis (#4606)  
Richard C. Weinblatt (#5080)  
STAMOULIS & WEINBLATT, LLC  
800 N. West Street, Third Floor  
Wilmington, DE 19801  
(302) 999-1540  
stamoulis@swdelaw.com  
weinblatt@swdelaw.com  

*Attorneys for Plaintiff*  
*DataCloud Technologies, LLC*

  /s/ Kenneth L. Dorsney  
Kenneth L. Dorsney (#3726)  
Cortland S. Hitch (#6720)  
MORRIS JAMES LLP  
500 Delaware Ave., Ste. 1500  
Wilmington, DE 19801-1494  
(302) 888-6800  
kdorsney@morrisjames.com  
chitch@morrisjames.com  

*Attorneys for Defendant Calix, Inc.*

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

_____
United States Chief Magistrate Judge